CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for
RLH
MAY 0 1 2006
JOHN F. CORCORAN, CLERK
BY: H McDonald
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BRANDON JEFFERSON, )<br>    Plaintiff, ) | Civil Action No. 7:06cv00236 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| UNNAMED, ) | By: Hon. Jackson L. Kiser |
|     Defendant. ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that

  a.   All plaintiff's claims brought under 42 U.S.C. § 1983 shall be and hereby are **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1);

  b.   All plaintiff's claims brought under 28 U.S.C. § 2254 shall be and hereby are **DISMISSED** without prejudice pursuant to Rule 4 of the Rules Governing §2254 Cases;

  c.   All other pending motions are hereby **DENIED** as **MOOT**; and

  d.   This case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order to the plaintiff.

ENTER: This 1st day of May, 2006.

_____
Senior United States District Judge